1  MARTIN & BONTRAGER, APC
   G. Thomas Martin, III (218456) (Tom@mblawapc.com)
2  Nicholas J. Bontrager (252114) (Nick@mblawapc.com)
   6565 W. Sunset Blvd., Ste. 410
3  Los Angeles, CA  90028
   T:  (323) 940-1700
4  F:  (323) 238-8095

5  Attorneys for Plaintiff
   AMANDA STONE

6

7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

| 11 | AMANDA STONE, individually and on behalf of all others similarly situated, | Case No.  15-CV-0237 BEN (KSC) |
|---|---|---|
| 12 | | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)** |
| 13 | Plaintiff, | |
| 14 | v. | |
| 15 | THE SAN DIEGO UNION-TRIBUNE, LLC, AND DOES 1 THROUGH 10, | **JUDGE: ROGER T. BENITEZ**<br>**COURTROOM: 5A** |
| 16 | | |
| 17 | Defendant. | |

18

19

20

21

22

23

24

25

26

27

28

                                    **NOT. OF VOLUNTARY DISMISSAL**
                                    **15-CV-0237 BEN (KSC)**

1 **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2     **PLEASE TAKE NOTICE** that Plaintiff Amanda Stone, pursuant to Fed. R.
3 Civ. P. 41(a)(1)(A)(i), gives notice that she voluntarily dismisses all claims in this
4 action as to herself in her individual capacity *with prejudice*. Defendant the San
5 Diego Union Tribune LLC has neither answered Plaintiff's Complaint, nor filed a
6 motion for summary judgment. Accordingly, this matter may be dismissed with
7 prejudice without an Order of the Court.

9 Dated:    May _19, 2015    MARTIN & BONTRAGER, APC

11     */s/ Nicholas J. Bontrager*
    Nicholas J. Bontrager (252114)

12     Attorneys for Plaintiff AMANDA STONE

1.

**NOT. OF VOLUNTARY DISMISSAL**
**15-CV-0237 BEN (KSC)**